UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES E. BRYANT**, | ) Civil No.08cv1165 MJL (PCL) |
| Plaintiff, | ) |
| v. | ) NOTICE AND ORDER FOR EARLY |
| | ) NEUTRAL EVALUATION CONFERENCE |
| **M. BAIRES**, Correctional Lieutenant, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that an Early Neutral Evaluation of your case will be held on <u>July 16, 2009</u>, at <u>10:30 a.m.</u> before United States Magistrate Judge Peter C. Lewis, United States Courthouse, 2003 W. Adams Ave., El Centro, California. **This conference shall be telephonic.** Defense counsel must initiate this conference by placing a call to chambers at (760) 353-4227 on the date and time of this conference.

Pursuant to Rule 16.1(c) of the Local Rules of the United States District Court for the Southern District of California, both counsel <u>and the parties</u> who have full and unlimited authority[1] to

---

[1] "Full authority to settle" means that the individuals at the settlement conference must be authorized to fully explore settlement

1 negotiate and enter into a binding settlement shall appear by
2 telephone at the conference and shall be prepared to discuss the
3 claims, defenses and damages.

4 Unless there are **extraordinary circumstances,** persons
5 required to attend the conference pursuant to this Order shall not
6 be excused from attendance. Requests for excuse from attendance for
7 extraordinary circumstances shall be made in writing at least 48
8 hours prior to the conference. Where the suit involves the United
9 States or one of its agencies, only counsel for the United States
10 with full settlement authority need appear. All conference
11 discussions will be informal, off the record, privileged and
12 confidential.

13 The parties may, but are not required to, submit a short
14 Early Neutral Evaluation Conference Statement about the case on a
15 confidential basis. Such statement may be submitted to chambers by
16 mail or facsimile at least seven days prior to the scheduled date of
17 the conference.

18 In the event the case does not settle at the Early Neutral
19 Evaluation Conference, the parties shall also be prepared to discuss
20 the following matters at the conclusion of the conference.

21 1. Any anticipated objections under Federal Rule of Civil
22 Procedure 26(a)(1)(E) to the initial disclosure provisions of

---

options and to agree at that time to any settlement terms acceptable to the parties. Heileman Brewing Co., Inc. v. Joseph Oat Corp., 871 F.2d 648 (7th Cir. 1989). The person needs to have "unfettered discretion and authority" to change the settlement position of a party. Pitman v. Brinker Intl., Inc., 216 F.R.D. 481, 485-486 (D. Ariz. 2003). The purpose of requiring a person with unlimited settlement authority to attend the conference includes that the person's view of the case may be altered during the face to face conference. Id. at 486. A limited or a sum certain of authority is not adequate. Nick v. Morgan's Foods, Inc., 270 F.3d 590 (8th Cir. 2001).

1 | Federal Rule of Civil Procedure 26(a)(1)(A-D);

2 |     2.   The scheduling of the Federal Rule of Civil Procedure
3 | 26(f) conference;

4 |     3.   The date of initial disclosure and the date for lodging
5 | the discovery plan following the Rule 26(f) conference; and,

6 |     4.   The scheduling of a Case Management Conference pursuant
7 | to Federal Rule of Civil Procedure 16(b).

8 |     The Court will issue an appropriate order addressing these
9 | issues and setting dates as appropriate.

10 |     **Defense counsel shall notify Plaintiff of the date and time**
11 | **of the Early Neutral Evaluation Conference**.   Questions regarding
12 | this case may be directed to the Magistrate Judge's law clerk at
13 | (760) 353-1271.

14 | DATED: June 30, 2009

15 |

16 |                           Peter C. Lewis
                          U.S. Magistrate Judge
                          United States District Court

17 | cc: The Honorable James M. Lorenz
     All Parties and Counsel of Record