# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| JAMES E. BRYANT,<br><br>                    Plaintiff,<br><br>vs.<br><br>M. BAIRES,<br><br>                    Defendant. | Civil No.    1:08cv01165-MJL(PCL)<br><br>**ORDER SETTING BRIEFING SCHEDULE RE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND, AND SUBMITTING MATTER FOR DETERMINATION WITHOUT ORAL ARGUMENT** |

Plaintiff James E. Bryant ("Bryant"), a state prisoner incarcerated at the California Substance Abuse Treatment Facility in Corcoran, California, is proceeding *pro se* and *in forma pauperis* with a First Amended Complaint ("FAC") in this 42 U.S.C. § 1983 civil rights action alleging deliberate indifference to a serious medical need.  He has filed a Motion For Summary Judgment ("Motion").[1] [Dkt No. 26.]  Defendant has requested "an extension of time from December 15, 2009, to twenty-one days . . . after Plaintiff files his motion for summary judgment" to respond to that motion.  [Dkt No. 25,

---

[1] The case was re-assigned for all purposes from the bench of the Eastern District of California to this Court on November 25, 2008.  [Doc. No. 9].

1:20-23.] The Court **GRANTS** Defendant's extension request, noting Bryant actually filed his Motion on December 14, 2009.

The Court sets the following briefing schedule:

1. Defendant may serve and file an Opposition to the Motion no later than **Tuesday, January 5, 2010**.

2. Plaintiff may serve and file a Reply to the Opposition no later than **Tuesday, January 19, 2010.**

3. Absent further Order of the Court, the matter will be considered fully briefed upon the passage of Plaintiff's Reply deadline and will be decided thereafter on papers, without oral argument.

4. If Defendant desires to file a Cross-Motion, he is hereby instructed to contact the chambers of the undersigned District Judge for the setting of a new briefing schedule and appropriate notice to Plaintiff. *See* Rand v. Rowland, 154 F.3d 952 (9th Cir. 1998) (*en banc*) and Klingele v. Eikenberry, 849 F.2d 409 (9th Cir. 1988).

**IT IS SO ORDERED.**

DATED: December 15, 2009

_____
M. James Lorenz
United States District Court Judge