UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JAMES E. BRYANT,**<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**M. BAIRES, Correctional Lieutenant,**<br><br>　　　　　　　　　　　　　Defendants. | Case No. 08cv1165 MJL (PCL)<br><br>**NOTICE AND ORDER FOR SECOND CASE MANAGEMENT CONFERENCE** |

On January 7, 2010, the Court held a telephonic Mandatory Settlement Conference in the above-referenced case. The parties were unable to settle on this date. Therefore:

**IT IS HEREBY ORDERED**:

1.　All expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be served on all parties on or before <u>January 22, 2010</u>. Any contradictory or rebuttal information shall be disclosed on or before <u>February 5, 2010</u>. In addition, Fed. R. Civ. P. 26(e)(2) imposes a duty on the parties to supplement the expert disclosures made pursuant to Fed. R. Civ. P. 26(a)(2)(B) by the time that pretrial disclosures are due under Fed. R. Civ. P. 26(a)(3) (discussed below). The parties are advised to consult with Fed. R. Civ. P. 26(a)(2) regarding expert disclosures.

2.　**Please be advised that failure to comply with this section or any other discovery order of the Court may result in the sanctions provided for in Fed. R. Civ. P. 37, including a prohibition on the introduction of experts or other designated matters in evidence.**

3.     **All discovery, including expert discovery, shall be completed on or before March 19, 2010.**  "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, so that it may be completed by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure. Counsel shall promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1(a). All discovery motions shall be filed within 30 days after counsel have met and conferred and reached an impasse with regard to any particular discovery issue, but in no event shall discovery motions be filed more than 30 days after the close of discovery.

4.     All other pretrial motions must be filed on or before April 19, 2010. Motions will not be heard or calendared unless counsel for the moving party has obtained a motion hearing date from the law clerk of the judge who will hear the motion. Failure to timely request a motion date may result in the motion not being heard.

Briefs or memoranda in support of or in opposition to any pending motion shall not exceed twenty-five (25) pages in length without leave of the judge who will hear the motion. No reply memorandum shall exceed ten (10) pages without leave of the judge who will hear the motion.

5.     A second telephonic **Mandatory Settlement Conference** shall be conducted on **May 6, 2010**, **at 10:30 a.m.** with Magistrate Judge Peter C. Lewis.  Defendant's counsel is responsible for arranging Plaintiff's telephonic appearance. Counsel or any party representing himself or herself may submit confidential settlement briefs directly to chambers.  Briefs must be received no later than April 29, 2010.

**Settlement briefs are confidential and shall not be served on opposing parties nor shall they be filed with the Clerk of the Court**.

6.     The parties must comply with the Pretrial disclosure requirements of Fed.R.Civ.P. 26(a)(3) on or before May 7, 2010. The parties should consult Fed. R. Civ. P. 26(a)(3) for the substance of the required disclosures.

1     7.    No Memoranda of Contentions of Fact and Law are to be filed unless so ordered by the Court.

    8.    Counsel shall meet and confer on or before <u>May 21, 2010</u>. At this meeting, counsel shall discuss and attempt to enter into stipulations and agreements resulting in simplification of the triable issues. Counsel shall exchange copies and/or display all exhibits other than those to be used for impeachment, lists of witnesses and their addresses including experts who will be called to testify, and written contentions of applicable facts and law. Counsel shall cooperate in the preparation of the proposed final pretrial conference order.

    9.    The proposed final pretrial conference order, including objections they have to any other parties' Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures shall be prepared, served and lodged with the Clerk of the Court on or before <u>May 28, 2010</u>.  Any objections shall comply with the requirements of Fed. R. Civ. P. 26(a)(3). Please be advised that the failure to file written objections to a party's pretrial disclosures may result in the waiver of such objections, with the exception of those made pursuant to Rules 402 (relevance) and 403 (prejudice, confusion or waste of time) of the Federal Rules of Evidence.  Counsel shall also bring a court copy of the pretrial order to the pretrial conference.

    10.    The final pretrial conference is scheduled on the calendar of the Honorable James M. Lorenz, United States District Court Judge, on **June 7, 2010**, **at 11:00 a.m.**

    11.    The dates and times set forth herein will not be further modified except for good cause shown.

    12. Defense counsel shall serve a copy of this order on all parties that enter this case hereafter.

**IT IS SO ORDERED.**

DATE: <u>January 7, 2010</u>

Peter C. Lewis
U.S. Magistrate Judge
United States District Court