# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| JAMES E. BRYANT,<br>CDCR #C-48302,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>M. BAIRES, Correctional Lieutenant,<br><br>　　　　　　　　　　Defendant. | Civil No.　08-1165 MJL (PCL)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 41(A)(2)**<br><br>**[Doc. No. 50]** |

On April 5, 2010, Plaintiff filed a "Motion to Dismiss" in which he seeks to dismiss this entire action [Doc. No. 50]. The Court **GRANTS** Plaintiff's Motion and **DISMISSES** this action without prejudice pursuant to FED.R.CIV.P. 41(a)(2). Each party to bear their own costs. The Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

DATED: April 8, 2010

　　　　　　　　　　　　　　　　　　　　　　　　*M. James Lorenz*
　　　　　　　　　　　　　　　　　　　　　　　　M. James Lorenz
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge